Dana B. Parker
Michael R. Murphy
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175
dana.parker@klgates.com
michael.r.murphy@klgates.com
*Attorney for Plaintiff Dr. Dennis Gross Skincare LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. DENNIS GROSS SKINCARE LLC,<br><br>Plaintiff,<br><br>v.<br><br>HBA&MFL NY LLC,<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

Plaintiff Dr. Dennis Gross Skincare LLC ("Plaintiff" or "Dr. Dennis Gross"), by and through its undersigned counsel, complains of Defendant HBA&MFL NY LLC ("Defendant" or "HBA&MFL") conduct and alleges upon information and belief as follows:

**NATURE OF THIS ACTION**

1. This is an action for trademark infringement and false advertising under the Lanham Act, 15 U.S.C. § 1051, *et seq*., as well as related state law claims arising from HBA&MFL's improper sale of Dr. Dennis Gross products, use of trademarks owned and used by Dr. Dennis Gross, and deceptive business practices.

2. This case concerns HBA&MFL's unauthorized promotion and sale of Dr. Dennis Gross' products (hereinafter, the "Dr. Dennis Gross Products") through online commerce sites. As described more fully below, HBA&MFL has improperly traded off the Dr. Dennis Gross name and goodwill.

3. Dr. Dennis Gross sells its products on the Internet through a nationwide network of authorized Internet resellers ("Authorized Internet Resellers," and singularly, the "Authorized Internet Reseller Network").

4. Dr. Dennis Gross requires that each of its Authorized Internet Resellers 1) apply for and obtain prior written consent from Dr. Dennis Gross authorizing them to sell on the Internet, and 2) agree to the terms and conditions of sale of Dr. Dennis Gross Products on the Internet (the "Authorized Internet Reseller Agreement"). Dr. Dennis Gross allows its Authorized Internet Resellers to sell Dr. Dennis Gross Products only to end-user customers and specifically prohibits them from reselling Dr. Dennis Gross Products to purchasers for resale. Dr. Dennis Gross prohibits the transshipment, diversion, or transfer of any Dr. Dennis Gross Products to any other party.

5. Additionally, Dr. Dennis Gross requires that each of its Authorized Internet Resellers agrees to follow specific terms and conditions and quality control procedures. Authorized Internet Resellers possess the knowledge and expertise of Dr. Dennis Gross Products to ensure they are being used properly by consumers. Authorized Internet Resellers ensure the products are being stored and shipped properly to ensure they work as intended by Dr. Dennis Gross.

6. HBA&MFL is not an Authorized Internet Reseller of Dr. Dennis Gross Products. Accordingly, HBA&MFL is not authorized to sell Dr. Dennis Gross Products on the Internet, and is neither trained in nor capable of providing the specific quality controls for Dr. Dennis Gross

Products that Dr. Dennis Gross requires of its Authorized Internet Resellers. Additionally, HBA&MFL does not and cannot ensure its products are being stored and shipped properly or that they are being used as intended.

7.  Moreover, using Dr. Dennis Gross' trademarks, HBA&MFL falsely advertises the nature of the Dr. Dennis Gross Products it offers to consumers, marketing "new" Dr. Dennis Gross Products purchased directly from the manufacturer. Nevertheless, the Dr. Dennis Gross Products actually sold by HBA&MFL and received by customers are materially different from those advertised, leading to customer confusion and disappointment in the Dr. Dennis Gross brand.

8.  As a result of HBA&MFL's actions, Dr. Dennis Gross is suffering a loss of the enormous goodwill that Dr. Dennis Gross has created in its trademarks and is losing profits from lost sales of products. HBA&MFL's conduct has produced, and unless enjoined by this Court, will continue to produce a likelihood of consumer confusion and deception, to the irreparable injury of Dr. Dennis Gross.

## JURISDICTION AND VENUE

9.  This Court has jurisdiction over the subject matter of this Complaint pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b), as these claims arise under the Trademark Laws of the United States.

10. This Court has supplemental jurisdiction over the pendent state law claims pursuant to 28 U.S.C. § 1367(a).

11. This Court has personal jurisdiction over HBA&MFL which is a New Jersey limited liability company with its principal place of business in Upper Saddle River, New Jersey. HBA&MFL regularly does business or has done business and sold products to consumers, including Dr. Dennis Gross products, within New Jersey.

12. Venue is proper in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1391 because the sole defendant resides in this judicial district, and because a substantial part of the events or omissions giving rise to this claim occurred in this District.

## PARTIES

13. Plaintiff Dr. Dennis Gross Skincare LLC is a New York limited liability company with its principal place of business in New York, New York. Dr. Dennis Gross develops, manufactures, and sells a variety of skincare products and accessories under the Dr. Dennis Gross brand name. Dr. Dennis Gross sells its products through its Authorized Internet Reseller Network, as described herein.

14. Defendant HBA&MFL NY LLC is a New Jersey limited liability company, with its principal place of business located at 105 Pleasant Ave., Suite A, Upper Saddle River, NJ 07458. HBA&MFL does business or has done business and sold products to customers, including Dr. Dennis Gross Products, within the State of New Jersey and this District through various online commerce sites including, but not limited to, hbamfl.com.

## FACTS

*Dr. Dennis Gross' Trademark Usage*

15. The U.S. Patent and Trademark Office ("PTO") has issued several registrations for marks used with skincare products and services (hereinafter, the "Dr. Dennis Gross Marks"). The Dr. Dennis Gross Marks include, but are not limited to:

| Mark | Registration No. | Registration Date | Class/Goods |
| --- | --- | --- | --- |
| DR DENNIS GROSS | 4,723,879 | April 21, 2015 | "Skin care products and skin care preparations…." |

16. The Dr. Dennis Gross Marks have been in continuous use since at least their respective dates of registration.

17. Dr. Dennis Gross advertises, distributes, and sells its Dr. Dennis Gross Products to consumers under the Dr. Dennis Gross Marks.

18. Dr. Dennis Gross has also acquired common law rights in the use of the Dr. Dennis Gross Marks throughout the United States.

19. The federal trademark registrations for the Dr. Dennis Gross Marks were duly and legally issued, are valid and subsisting, and constitute *prima facie* evidence of the validity of the Dr. Dennis Gross Marks.

20. Dr. Dennis Gross has invested a substantial amount of money and has expended significant time and effort in advertising, promoting, and developing the Dr. Dennis Gross Marks throughout the United States and the world. As a result of such advertising and promotion, Dr. Dennis Gross has established substantial goodwill and widespread recognition in the Dr. Dennis Gross Marks, and the marks have become associated exclusively with Dr. Dennis Gross and the Dr. Dennis Gross Products by both customers and potential customers, as well as the general public at large.

21. To create and maintain such goodwill among its customers, Dr. Dennis Gross has taken substantial steps to ensure that products bearing the Dr. Dennis Gross Marks are of the highest quality. As a result, the Dr. Dennis Gross Marks have become widely known and are recognized throughout the United States and the world as symbols of high quality products.

22. As a result of, *inter alia*, the care and skill exercised by Dr. Dennis Gross in the conduct of its business, the high quality of the goods sold under the Dr. Dennis Gross Marks, and the extensive advertising, sale, and promotion by Dr. Dennis Gross of its products, the Dr. Dennis

Gross Marks have acquired secondary meaning in the United States and the world, including this District.

23. Dr. Dennis Gross is not now, nor has it ever been, affiliated with HBA&MFL, and has not now, nor has it ever, given HBA&MFL authorization to use the Dr. Dennis Gross Marks.

***Dr. Dennis Gross Authorized Internet Reseller Network***

24. To create and maintain its customer base, as well as ensure the health, safety, and satisfaction of its customers, Dr. Dennis Gross sells the Dr. Dennis Gross Products on the Internet exclusively through a nationwide network of Dr. Dennis Gross Authorized Internet Resellers.

25. As a prerequisite to becoming part of the carefully selected Authorized Internet Reseller Network, Dr. Dennis Gross requires that each of its Authorized Internet Resellers 1) apply for and obtain prior written consent from Dr. Dennis Gross authorizing them to sell on the Internet, and 2) agree to the terms and conditions of sale of Dr. Dennis Gross Products on the Internet. Specifically, Dr. Dennis Gross' Reseller Policy[1] states:

> *Resellers shall be prohibited from selling Dr. Dennis Gross products on the Internet unless they apply for and obtain prior written consent from Dr. Dennis Gross authorizing them to sell on the Internet and regulating the manner in which they sell online.*

26. By requiring that Dr. Dennis Gross' Authorized Internet Resellers 1) apply for and obtain prior written consent from Dr. Dennis Gross authorizing them to sell on the Internet, and 2) agree to the terms and conditions of sale of Dr. Dennis Gross Products on the Internet, Dr. Dennis Gross ensures the quality and safety of its Dr. Dennis Gross Products and the health of consumers.

27. Dr. Dennis Gross requires that each of its Authorized Internet Resellers agree to follow specific terms and conditions and quality control procedures. Specifically, Dr. Dennis Gross Products must be stored and shipped properly as well as used as directed in order to ensure

---

[1] *Available at*: https://drdennisgross.com/pages/reseller-policy.

they work as intended. Dr. Dennis Gross allows its Authorized Internet Resellers to sell Dr. Dennis Gross Products only to end-user customers and specifically prohibits them from reselling Dr. Dennis Gross Products to purchasers for resale. Dr. Dennis Gross prohibits the transshipment, diversion, or transfer of any Dr. Dennis Gross Products to any other party.

28. Dr. Dennis Gross' requirement that each of its Authorized Internet Resellers 1) agree not to transfer any Dr. Dennis Gross Product to any other retail party and 2) agree to follow specific terms and conditions and quality control procedures is well known in the retail industry, particularly among retailers of skincare products and accessories. Upon information and belief, HBA&MFL was aware of these requirements at all relevant times.

29. Authorized Internet Resellers are highly qualified in Dr. Dennis Gross Products and maintain a high level of clinical insight and provide training regarding the science, chemistry, and effects of the Dr. Dennis Gross Products. This is especially critical to ensure that the Dr. Dennis Gross Products the consumer purchases is specifically tailored to address the consumer's needs and issues, as well as to ensure the health and safety of the consumer.

30. Dr. Dennis Gross has invested and expended significant time and effort in advertising, promoting, and developing its Authorized Internet Reseller Network. As a result of such advertising and promotion, Dr. Dennis Gross has established substantial goodwill and widespread recognition in the Dr. Dennis Gross Products, which has become associated exclusively with Dr. Dennis Gross by both customers and potential customers, as well as the general public at large.

*HBA&MFL's Misconduct*

31. Dr. Dennis Gross does not sell products directly to HBA&MFL.

32. Moreover, Dr. Dennis Gross has never authorized or otherwise granted HBA&MFL permission to sell Dr. Dennis Gross Products on the Internet or otherwise. HBA&MFL is not a Dr. Dennis Gross Authorized Internet Reseller. Accordingly, HBA&MFL is not authorized to sell Dr. Dennis Gross Products on the Internet or otherwise.

33. Despite this, HBA&MFL is currently selling Dr. Dennis Gross Products on various online commerce sites including, but not limited to, hbamfl.com.

34. HBA&MFL offers for sale and sells the Dr. Dennis Gross Products on the Internet using the Dr. Dennis Gross Marks. For example:

 

35. HBA&MFL falsely advertises the Dr. Dennis Gross Products it sells on the Internet using the Dr. Dennis Gross Marks.

36. HBA&MFL's website, hbamfl.com, misrepresents to consumers that it is an "Authorized Distributor" of Dr. Dennis Gross Products.



37. Additionally, HBA&MFL creates the false impression with consumers that it has been "approved" to sell Dr. Dennis Gross Products.



38. Moreover, upon receiving a request for HBA&MFL's product catalogue, HBA&MFL falsely advertises that it fulfills product orders with purchases directly from Dr. Dennis Gross. Specifically, HBA&MFL states to potential customers: "[a]ll orders are customer pre-orders *from the manufacturer*. We do not have any stock items." (emphasis added)

> All orders are custom pre-orders from manufacturers. We do not have any stock items.

39. The Dr. Dennis Gross Products sold by HBA&MFL are not purchased directly from Dr. Dennis Gross or from authorized Dr. Dennis Gross resellers in the United States.

40. Upon information and belief, based upon the volume and selection of the Dr. Dennis Gross Products offered for sale and sold by HBA&MFL, to obtain the inventory of Dr. Dennis Gross Products HBA&MFL has offered for sale and sold online retail platforms, HBA&MFL intentionally sought out, directly or indirectly, and obtained, Dr. Dennis Gross Products from international resellers.

41. After importing Dr. Dennis Gross Products designed and manufactured for international markets, HBA&MFL advertises and sells the products as genuine Dr. Dennis Gross Products designed and manufactured for the United States market.

42. The Dr. Dennis Gross Products designed and manufactured for international markets are not intended for distribution and resale in the United States.

43. Dr. Dennis Gross Products designed and manufactured for international markets are materially different from Dr. Dennis Gross Products designed and manufactured for the United States market. For example, Dr. Dennis Gross Products designed and manufactured for international markets may not have been certified under applicable regulations and safety standards in the United States, and may contain language, packaging, and/or warranty differences. Indeed, there are often chemical differences between products intended for the US market and products intended for resale under the same Dr. Dennis Gross Marks abroad.

44. Upon information and belief, HBA&MFL was aware that Dr. Dennis Gross Products designed and manufactured for international markets contain material differences than the same products designed and manufactured for the United States market.

45. Moreover, HBA&MFL's Dr. Dennis Gross Products are not in "new" condition as advertised. Instead, they are "used" products that have already once been sold, products bought at liquidation, or products imported into the country from other regions of the world.

46. By advertising "new" Dr. Dennis Gross Products, representing that it is an "Authorized Distributor," and stating that HBA&MFL purchases Dr. Dennis Gross Products directly "from the manufacturer," HBA&MFL falsely advertises to consumers that HBA&MFL's Dr. Dennis Gross Products originate from Dr. Dennis Gross, are endorsed by Dr. Dennis Gross, and/or are the same Dr. Dennis Gross Products sold by Dr. Dennis Gross and its Authorized

Internet Resellers when they are instead used, liquidation, or products intended for resale in other parts of the world.

47. However, because HBA&MFL is not a Dr. Dennis Gross Authorized Internet Reseller and its products do not have the same quality control procedures in place as do products sold by Dr. Dennis Gross' Authorized Internet Resellers, the Dr. Dennis Gross Products sold by HBA&MFL are not the same as those sold by a Dr. Dennis Gross Authorized Internet Reseller. In short, the Dr. Dennis Gross name and its goodwill do not stand behind the products sold by HBA&MFL, despite HBA&MFL's claims to the contrary.

48. HBA&MFL's continued advertisement, display, and sale of Dr. Dennis Gross Products on the Internet has harmed, and continues to harm, Dr. Dennis Gross and its relationships with consumers and its Authorized Internet Resellers.

***Likelihood of Confusion and Injury Caused by HBA&MFL's Actions***

49. HBA&MFL's actions substantially harm Dr. Dennis Gross by placing falsely advertised and materially different Dr. Dennis Gross Products into the stream of commerce in the United States.

50. HBA&MFL's sale of Dr. Dennis Gross Products bearing the Dr. Dennis Gross Marks is likely to cause consumer confusion by representing to consumers that HBA&MFL's Dr. Dennis Gross Products are designed and manufactured for the United States market and comply with Dr. Dennis Gross' quality control measures, when in fact they are not.

51. HBA&MFL's actions substantially harm consumers who purchase HBA&MFL's Dr. Dennis Gross Products believing they are designed and manufactured for the United States market and comply with Dr. Dennis Gross' quality control measures.

52. Moreover, HBA&MFL's actions endanger the health and safety of consumers who purchase HBA&MFL's Dr. Dennis Gross Products believing they are designed and manufactured for the United States market and comply with Dr. Dennis Gross' quality control measures.

53. HBA&MFL's actions substantially harm Dr. Dennis Gross' goodwill and reputation when consumers learn that the Dr. Dennis Gross Products they have purchased from HBA&MFL are not designed and manufactured for the United States market and do not comply with Dr. Dennis Gross' quality control measures.

54. The sale of Dr. Dennis Gross Products by unauthorized resellers, such as HBA&MFL, interferes with Dr. Dennis Gross' ability to control the quality of products bearing the Dr. Dennis Gross Marks.

55. Moreover, HBA&MFL's sale of falsely advertised Dr. Dennis Gross Products results in the lessening of sales of properly advertised Dr. Dennis Gross Products to the detriment of Dr. Dennis Gross.

56. As a result of HBA&MFL's actions, Dr. Dennis Gross is suffering the loss of the enormous goodwill it created in the Dr. Dennis Gross Marks and is losing profits from lost sales of products.

57. HBA&MFL continues to commit the acts complained of herein, and unless restrained and enjoined, will continue to do so, all to Dr. Dennis Gross' irreparable harm.

## COUNT I
## Violation of 15 U.S.C. § 1125(a)

58. Dr. Dennis Gross hereby realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

59. This is a claim for federal trademark infringement under 15 U.S.C. § 1125(a).

60. Dr. Dennis Gross engages in interstate activities designed to promote its goods and services sold, as well as the goodwill associated with the Dr. Dennis Gross Marks, throughout the United States.

61. The Dr. Dennis Gross Marks been, and will continue to be, known throughout the United States as identifying and distinguishing Dr. Dennis Gross' products and services.

62. By selling or distributing products using the Dr. Dennis Gross Marks as alleged herein, HBA&MFL is engaging in unfair competition, false advertising, and/or falsely representing sponsorship by, affiliation with, or connection to Dr. Dennis Gross and its goods and services in violation of 15 U.S.C. § 1125(a).

63. By advertising or promoting products using the Dr. Dennis Gross Marks as alleged herein, HBA&MFL is misrepresenting the nature, characteristics, and qualities of its goods and services in violation of 15 U.S.C. § 1125(a).

64. HBA&MFL's actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the Dr. Dennis Gross Marks, thereby causing immediate, substantial, and irreparable injury to Dr. Dennis Gross.

65. By selling and advertising products under the Dr. Dennis Gross Marks as alleged herein, Dr. Dennis Gross is entitled to a judgment of three times its damages and HBA&MFL's ill-gotten profits, together with reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a).

66. As a direct and proximate result of HBA&MFL's actions, Dr. Dennis Gross has been, and continues to be, damaged by HBA&MFL's activities and conduct. HBA&MFL has profited thereby, and unless its conduct is enjoined, Dr. Dennis Gross' reputation and goodwill will continue to suffer irreparable injury that cannot adequately be calculated or compensated by

money damages. Accordingly, Dr. Dennis Gross is entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

## COUNT II
## Deceptive Trade Practices Under State Law
## (N.J.S.A. §§ 56:8-1, et seq.)

67. Dr. Dennis Gross hereby realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

68. By advertising or promoting products using the Dr. Dennis Gross Marks as alleged herein, HBA&MFL has used or employed unconscionable commercial practices, deception, false pretenses, false promises, and misrepresentations in the sale of Dr. Dennis Gross Products to consumers.

69. As detailed above, HBA&MFL's acts have caused a likelihood of confusion or misunderstanding as to the source, sponsorship, or approval of the Dr. Dennis Gross Products that HBA&MFL sells to consumers.

70. HBA&MFL's acts have caused Dr. Dennis Gross damage, have irreparably harmed Dr. Dennis Gross and, unless enjoined, will continue to do so in a manner affording Dr. Dennis Gross no adequate remedy at law.

71. Dr. Dennis Gross has refused to desist from these wrongful acts, and therefore HBA&MFL has indicated that they intend to continue this unlawful conduct, unless restrained by this Court.

## RELIEF REQUESTED

WHEREFORE, Plaintiff Dr. Dennis Gross Skincare LLC prays for judgment in its favor and against Defendant HBA&MFL NY LLC providing the following relief:

A. Finding that, (i) as to Count I, HBA&MFL's conduct violates 15 U.S.C. § 1125(a); and (ii) as to Count II, HBA&MFL engaged in willful unfair and deceptive conduct in violation of state law; resulting in HBA&MFL, its officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with HBA&MFL, being preliminarily and permanently enjoined from:

   i. acquiring, or taking any steps to acquire, any Dr. Dennis Gross Products in violation of Dr. Dennis Gross' Authorized Internet Reseller Agreements, or through any other improper or unlawful channels;

   ii. selling, or taking any steps to sell, any Dr. Dennis Gross Products acquired in violation of Dr. Dennis Gross' Authorized Internet Reseller Agreements, or through any other improper or unlawful channels;

   iii. engaging in any activity constituting unfair competition with Dr. Dennis Gross; and

   iv. inducing, assisting, or abetting any other person or business entity in engaging in or performing any of the activities described in the paragraphs above.

B. Award Dr. Dennis Gross its actual damages suffered as a result of HBA&MFL's acts, and double or treble said damages pursuant to applicable federal and state law.

C. Award Dr. Dennis Gross Defendant's profits as allowed by law and double or treble said damages pursuant to applicable federal and state law.

D. Award Dr. Dennis Gross its reasonable attorneys' fees in bringing this action as allowed by applicable federal and state law.

E. Award Dr. Dennis Gross the costs incurred in bringing this action.

  F.  Award any other relief as this Court deems just and proper.

## JURY TRIAL CLAIM

Dr. Dennis Gross hereby requests trial by jury on all claims so triable.

Respectfully submitted,

DR. DENNIS GROSS SKINCARE LLC

by its attorneys,

 /s/ Dana B. Parker
Dana B. Parker, Esq.
(NJ Attorney ID #: 041682003)
Michael R. Murphy, Esq.
(NJ Attorney ID #: 034102007)
michael.r.murphy@klgates.com
Morgan T. Nickerson (*to be admitted pro hac vice*)
Jack S. Brodsky (*to be admitted pro hac vice*)
jack.brodsky@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel:  (617) 261-3100
Fax:  (617) 261-3175

Dated: March 29, 2022