UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. DENNIS GROSS SKINCARE LLC,<br><br>Plaintiff,<br>v.<br><br>HBA&MFL NY LLC,<br><br>Defendant. | C.A. NO. 2:22-cv-01747-KSH-JSA<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTIVE RELIEF** |

**PLEASE TAKE NOTICE THAT,** on Friday, July 5, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Dr. Dennis Gross Skincare LLC ("Plaintiff"), by its undersigned counsel, shall move before the Honorable Katharine S. Hayden, United States District Judge, in Courtroom PO 05 of the Martin Luther King Building and U.S. Courthouse, located at 50 Walnut Street, Newark, New Jersey 07102, for a Default Judgment in the form filed herewith against Defendant HBA&MFL NY LLC ("Defendant"), pursuant Rule 55(b) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE THAT** in further support of its motion, Plaintiff will rely upon its Motion for a Default Judgment and Permanent Injunctive Relief and the June 8, 2022 Declaration of Morgan T. Nickerson, both of which are filed herewith.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff requests oral argument on its motion in the event that its motion is opposed.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Default Judgment is being submitted herewith.

DATED: June 8, 2022
         Newark, New Jersey          **K&L GATES LLP**

Respectfully submitted,

DR. DENNIS GROSS SKINCARE LLC

by its attorneys,

 /s/ Dana B. Parker
Dana B. Parker, Esq.
(NJ Attorney ID #: 041682003)
dana.parker@klgates.com
Michael R. Murphy, Esq.
(NJ Attorney ID #: 034102007)
michael.r.murphy@klgates.com
Morgan T. Nickerson (*to be admitted pro hac vice*)
morgan.nickerson@klgates.com
Jack S. Brodsky (*to be admitted pro hac vice*)
jack.brodsky@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel:  (617) 261-3100
Fax:  (617) 261-3175